IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. S-00-1802 |
| Michael Powers, | ) |
| Defendant. | ) |

MR CLERK:

Plaintiff, United States of America, hereby dismisses the above-entitled action (Rule 41(a)(1), F.R.Cv.P.), as to the defendant Michael Powers without prejudice and without costs and for cause therefore states:

Plaintiff has been unable to serve process upon the defendant.

Respectfully submitted,

Lynne A. Battaglia
United States Attorney

Tamera L. Fine
Assistant U.S. Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
410-209-4800
Trial Bar No. 024571

